**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

# CIVIL MINUTES

**Case No**: Cv. 04-326-MA                                **Proceeding Date:**  June 6, 2006

**Case Title:**   UNITED STATES v. 45 Poquito Rd and 14 Warwick Drive, Okaloosa Cnty, Florida

**Presiding Judge**: Malcolm F. Marsh                   **Courtroom Deputy**:  Connie Armstrong

**Reporter:**                        **Tape No:**

| PLAINTIFFS' COUNSEL | DEFENDANTS' COUNSEL |
|---|---|
| (1) | (1) |
| (2) | (2) |
| (3) | (3) |
| (4) | (4) |

NOTIFICATION:

**Docket** Entry:

Plaintiff's Motion (#49) for Summary Judgment will be under advisement on July 26

July 6, 2006     Claimant  Marusha Wowdia's response shall be filed.
July 25, 2006    Plaintiff's reply shall be filed

**Document Number:** _____
**CIVIL MINUTES**

Revised June 6, 2006                                                            Honorable Malcolm F. Marsh